Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11795−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ignacio R. Ventura
18 Knapp Ave.
Clifton, NJ 07011

Magaly Y. Ventura
18 Knapp Ave.
Clifton, NJ 07011

Social Security No.:
xxx−xx−6109

xxx−xx−7450

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on November 7, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 7, 2019
JAN: slm

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-11795-RG
Ignacio R. Ventura                                                  Chapter 13
Magaly Y. Ventura
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2      User: admin                  Page 1 of 2             Date Rcvd: Nov 07, 2019
                          Form ID: 148                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db/jdb         +Ignacio R. Ventura,    Magaly Y. Ventura,    18 Knapp Ave.,    Clifton, NJ 07011-1319
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,,   Dallas, TX  75261-9741)
517304339      +A&M Merchandising, Inc.,    346 Belleville Turnpike,    Kearny, NJ 07031-6423
517574907      +ACAR Leasing LTD d/b/a,    GM Financial Leasing,    PO Box 183853,   Arlington, TX 76096-3853
517304346      +Hladik, Onorato & Federman, LLP,    298 Wissahickon Avenue,    North Wales, PA 19454-4156
517304347      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517341732      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, Texas 75261-9096
517304349      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517350633      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Nov 08 2019 04:28:00      Capital One Auto Finance,    c/o Hogan Data Operations,
                 4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
cr             +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517304340       EDI: HNDA.COM Nov 08 2019 04:23:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
517312450       EDI: HNDA.COM Nov 08 2019 04:23:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517304341      +EDI: PHINAMERI.COM Nov 08 2019 04:28:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
517304342      +EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517336255      +EDI: AISACG.COM Nov 08 2019 04:28:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517304343      +EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One Bank US, NA,    15000 Capital One Drive,
                 Henrico, VA 23238-1119
517304344      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 08 2019 00:02:36      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517304345      +EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517443674       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2019 00:02:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517402410      +EDI: MID8.COM Nov 08 2019 04:28:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517304348      +E-mail/Text: vhays@pprnoteco.com Nov 08 2019 00:07:14
                 Partners for Payment Relief DE II, LLC,    3748 West Chester Pike,    Suite 103,
                 Newtown Square, PA 19073-3252
517304350      +Fax: 516-933-1697 Nov 08 2019 00:06:33      Slomins, Inc.,    125 Lauman Lane,
                 Hicksville, NY 11801-6539
517308788      +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517304351       EDI: TFSR.COM Nov 08 2019 04:23:00      Toyota Motor credit Corp,    Po Box 8026,
                 Cedar Rapids, IA 52408
517427317       EDI: AIS.COM Nov 08 2019 04:23:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Nov 07, 2019
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              David E. Sklar    on behalf of Joint Debtor Magaly Y. Ventura dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
              David E. Sklar    on behalf of Debtor Ignacio R. Ventura dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
              David L. Stevens     on behalf of Joint Debtor Magaly Y. Ventura dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com
              David L. Stevens     on behalf of Debtor Ignacio R. Ventura dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Julie Cascino    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               jcascino@grosspolowy.com,   ecfnotices@grosspolowy.com
              Lynn Therese Nolan     Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Stephen M. Hladik    on behalf of Creditor    PPR DE II, LLC shladik@hoplawyers.com,
               pfranz@hoflawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14
```