| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>    IGNACIO R. VENTURA<br>    MAGALY Y. VENTURA | Order Filed on November 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Case No.:  18-11795<br><br>HEARING DATE:  10/16/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: November 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): IGNACIO R. VENTURA
MAGALY Y. VENTURA

Case No.: 18-11795

Caption of Order:    ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 10/16/2019, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Ignacio R. Ventura  
Magaly Y. Ventura  
    Debtors

Case No. 18-11795-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 07, 2019  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db/jdb        +Ignacio R. Ventura,    Magaly Y. Ventura,    18 Knapp Ave.,    Clifton, NJ 07011-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:

       Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com,  
         njbankruptcynotifications@logs.com  
       Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com  
       David E. Sklar    on behalf of Debtor Ignacio R. Ventura dsklar@scuramealey.com,  
         ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       David E. Sklar    on behalf of Joint Debtor Magaly Y. Ventura dsklar@scuramealey.com,  
         ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       David L. Stevens    on behalf of Debtor Ignacio R. Ventura dstevens@scuramealey.com,  
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       David L. Stevens    on behalf of Joint Debtor Magaly Y. Ventura dstevens@scuramealey.com,  
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         cmecf@sternlav.com  
       John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing  
         ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Julie Cascino    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         jcascino@grosspolowy.com,    ecfnotices@grosspolowy.com  
       Lynn Therese Nolan    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
       Stephen M. Hladik    on behalf of Creditor    PPR DE II, LLC shladik@hoplawyers.com,  
         pfranz@hoflawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                TOTAL: 14