| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| Julie A Cascino, Esq. - 313282019<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716)204-1700<br>E-mail: jcascino@grosspolowy.com<br>Attorneys for Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper | Order Filed on November 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>IGNACIO R. VENTURA<br>MAGALY Y. VENTURA<br><br>Debtor(s). | Case No.: 18-11795-rg<br>Hearing Date: November 6, 2019<br>Judge: Rosemary Gambardella<br>Chapter: 13 |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: November 12, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Page 2
Debtor: IGNACIO R. VENTURA AND MAGALY Y. VENTURA
Case No.: 18-11795-rg
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

Upon the motion of Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as 18 Knapp Avenue, Clifton, NJ 07011.

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:  
Ignacio R. Ventura  
Magaly Y. Ventura  
    Debtors

Case No. 18-11795-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 12, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db/jdb       +Ignacio R. Ventura,    Magaly Y. Ventura,    18 Knapp Ave.,    Clifton, NJ 07011-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

       Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
       Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
       David E. Sklar    on behalf of Debtor Ignacio R. Ventura dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       David E. Sklar    on behalf of Joint Debtor Magaly Y. Ventura dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       David L. Stevens    on behalf of Debtor Ignacio R. Ventura dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       David L. Stevens    on behalf of Joint Debtor Magaly Y. Ventura dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper cmecf@sternlav.com  
       John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Julie Cascino    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper jcascino@grosspolowy.com, ecfnotices@grosspolowy.com  
       Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
       Stephen M. Hladik    on behalf of Creditor    PPR DE II, LLC shladik@hoplawyers.com, pfranz@hoflawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                  TOTAL: 14